ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

CRAIG W. STEWART

      \*     IN THE

      \*     SUPREME COURT

      \*     OF MARYLAND

      \*     AG No. 40

      \*     September Term, 2024

## O R D E R

Upon consideration of the Joint Petition for Disbarment by Consent, filed by Bar Counsel on behalf of the Attorney Grievance Commission of Maryland and Respondent, Craig W. Stewart, on January 27, 2025 in the above-captioned case, in which, pursuant to Rule 19-736(b), the parties jointly petition this Court to disbar Respondent and advise that Respondent agrees that his conduct as described in the petition violated Rules 19-301.3 (diligence), 19-301.4(a) (communication), 19-305.5(a) and (b) (unauthorize practice of law, and 19-308.4(a) and (c) (misconduct) of the Maryland Attorneys' Rules of Professional Conduct and that Respondent consents to disbarment as the appropriate sanction, it is this 3rd day of February 2025,

ORDERED, by the Supreme Court of Maryland, that the Joint Petition is GRANTED, and that, effective immediately, Respondent, Craig W. Stewart, is disbarred from the practice of law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Craig W. Stewart from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk



/s/ Shirley M. Watts
Senior Justice